## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DILLION L. PARKS, JR., | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-05-906-F ) |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## **O R D E R**

On July 24, 2006, United States Magistrate Judge Shon T. Erwin issued Findings & Recommendation of Magistrate Judge, wherein he recommended that the final decision of defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, denying plaintiff, Dillion L. Parks, Jr.'s application for re-entitlement to child's disability insurance benefits pursuant to 42 U.S.C. § 402(d)(6), be affirmed.

Presently before the court is the timely objection of plaintiff to the Findings & Recommendation of Magistrate Judge. In accordance with 28 U.S.C. § 636(b), the court has conducted a *de novo* review of the matter. Having done so, the court agrees with the analysis and conclusion of Magistrate Judge Erwin. The court finds plaintiff's objection to be without merit. Therefore, the court accepts, adopts, and affirms the Findings & Recommendation of Magistrate Judge.

Accordingly, the Findings & Recommendation of Magistrate Judge issued by United States Magistrate Judge Shon T. Erwin on July 24, 2006 (doc. no. 17) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The final decision of defendant, Jo

Anne B. Barnhart, denying plaintiff, Dillion L. Parks, Jr.'s application for re-entitlement to child's disability benefits pursuant to 42 U.S.C. § 402(d)(6) is **AFFIRMED**.  Judgment shall issue forthwith.

DATED August 4, 2006.

*[signed]* S.P. Friot

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0906p002.wpd